1  Alexander G. Calfo, (SBN 152891)
   *alexander.calfo@btlaw.com*
2  Kelley S. Olah, (SBN 245180)
   *kelley.olah@btlaw.com*
3  Gabrielle J. Anderson-Thompson, (SBN 247039)
   *gabrielle.anderson-thompson@btlaw.com*
4  **BARNES & THORNBURG LLP**
   2049 Century Park East, Suite 3550
5  Los Angeles, California  90067
   Telephone:     (310) 284-3880
6  Facsimile:     (310) 284-3894

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC., JOHNSON &
8  JOHNSON (erroneously sued as "Johnson &
   Johnson, Inc."); JOHNSON & JOHNSON
9  SERVICES, INC., DEPUY INTERNATIONAL
   LIMITED (erroneously sued as "DePuy
10 International, Ltd.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RALTSON, | Case No.  CV13-03274-EMC |
| Plaintiff, | **[PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS** |
| v. | JURY TRIAL DEMANDED |
| DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL, LTD., THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,, | Trial Date:    None Set |
| Defendants. | |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff ANDREW RALSTON and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."), DEPUY INTERNATIONAL LIMITED (erroneously sued as "DePuy

1 International, Ltd."), THOMAS P. SCHMALZRIED, M.D. and THOMAS P. SCHMALZRIED A
2 PROFESSIONAL CORPORATION (hereafter collectively "the Parties"); upon consideration of
3 all documents, files, and pleadings in this action; and upon good cause shown, it is hereby
4 ORDERED that:

5     1.    The Parties' request for a stay of proceedings is GRANTED;

6     2.    All proceedings in this action are hereby stayed, pending a decision by the Judicial
7 Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy
8 Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.

9     3.    Deadlines relating to any outstanding responsive pleading are extended pending
10 entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to
11 file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order
12 Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may
13 issue.

15 PURSUANT TO STIPULATION, IT IS SO ORDERED.

17 Dated:  7/22  , 2013  _____
UNITED STATES DISTRICT JUDGE



2      CV13-03274-EMC
[PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS